An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEANN MCCLANDON, AN
INDIVIDUAL,

Appellant,

vs.

DAKEM & ASSOCIATES, LLC, A
LIMITED LIABILITY COMPANY,

Respondent.

No. 68430

**FILED**

JUL 3 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from an order denying a "Motion for a Court Order Declaring that the September 29, 2005 Judgment Expired and Quashing the December 10, 2007 Bench Warrant." Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from either an order denying a motion to declare a judgment expired or an order denying

a motion to quash a bench warrant. Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kenneth C. Cory, District Judge
       Joeann McClandon
       Law Office of Daniel Marks
       Eighth District Court Clerk